IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00414-WJM-MEH

CECILIA MAES,

    Plaintiff,

v.

COMCAST OF COLORADO IX, LLC, a Delaware limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 24, 2011.**

    The Stipulated Motion for Entry of Protective Order [filed May 23, 2011; docket #14] is **granted**. The parties' proposed Stipulated Protective Order is approved and filed contemporaneously with this minute order.