IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

| | |
|---|---|
| Civil Action No.  11-cv-00414-RBJ-MEH | Date:   April 11, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

CECELIA MAES,                                          Ralph Torres

      Plaintiff,

vs.

COMCAST OF COLORADO, IX, LLC,                          Darin Mackender

      Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING**

**Court in session:**     **1:37 p.m.**

Court calls case.  Appearances of counsel.  Also present: Cecelia Maes and Deborah Elmore (paralegal for Mr. Torres).

Argument and discussion regarding Plaintiff's Motion to Compel Discovery from Defendant (Doc. #42, filed 2/20/12).

**ORDERED:**   1.     Plaintiff's Motion to Compel Discovery from Defendant (Doc. #42, filed 2/20/12) is GRANTED in part and DENIED in part as stated in detail on the record.  Defendant shall produce the information to Plaintiff on or before **April 27, 2012.**

          2.     The Final Pretrial Conference is reset to **April 30, 2012, at 9:30 p.m.**

**Court in recess:**     **3:02 p.m.  (Hearing concluded)**
**Total time in court:**  1:25